FILED - USDC -NH
2022 MAR 9 AM 10:24

5636

UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Josephine Amatucci

v.

Amatucci v. Wolfeboro, NH Town of et al     \

RESPONSE TO COURTS ORDER ENTERED ON 2/28/2022

VOID JUDGMENTS ARE NEVER FINAL

1.  The Plaintiff is WITHDRAWING case 1:21-cv-01049-LM.  That is DO NOT CONVERT case 449 into this case.  There is only one case under 20-cv-449 that covers the event at the dump, and all other docket numbers are void of no legal force.

2..  As the Plaintiff recently stated in her letter to the Court dated 3/7/2022, this case only has ONE DOCKET NUMBER which is under Docket 20-cv-449-JL. Regarding the defendants ......lack of Probable cause ....to maliciously prosecute her. A Fourth Amendment unlawful DETAINMENT, a loss of her liberty rights in violation of her Federal Constitutional rights.

3.  Where the United States Constitution Amendment 1V provides,

"The right of the people to be secure in their person, against unreasonable

1

seizures, detentions, and ....."NO WARRANTS SHALL ISSUE , " BUT UPON PROBABLE CAUSE".

4. Do NOT CONVERT THIS CASE, the Plaintiff is WITHDRAWING this case under Docket CASE 1:21-cv-01049-LM. There is only one case covering the event at the dump, and it is under Docket 20-cv-449.

5. This case, this event at the Dump is only going to be litigated under Case Number 20-cv-449-JL.

6. STOP your abuse of an elderly person by dragging on with this case instead of allowing the Plaintiff a jury trial for damages as allowed UNDER THE LAW OF THE LAND, under 1983, for a CLEARLY ESTABLISHED OFFENSE OF A MALICIOUS PROSECUTION ......without PROBABLE CAUSE.... UNDER THE FOURTH AMENDMENT. And in a violation of DUE PROCESS, where there was No probable cause to prosecute her for causing an Assault with Bodily Injury.

7. As confirmed stated by the UNITED STATES COURT OF APPEALS .

"A favorable termination element makes no sense when the claim is that a detention violated the Fourth amendment".

"That a Fourth Amendment claim is irrelevant to the constituionality of a criminal conviction."

8. It is to be noted that although the Plaintiff was convicted the conviction was Void of no legal force, as the issuing judge Greenhalgn lacked all jurisdiction to hear the case. Where there was no injury, no victim, no case.

WHEREFORE: You will never be able to dismiss this case because FRAUD is never final. Void judgments are never final. And the violations of the LAW OF THE LAND always allows for damages under 1983, for the violations of a persons unconstitutional detention and liberty rights.................WITHOUT PROBABLE CAUSE.

Respectfully,

Josephine Amatucci

*Josephine Amatucci*

2

March 8, 2022

From: J. Amatucci
P.O. Box 272
Wolfeboro Falls, N.H. 03896

United States District Court
District of New Hampshire
Office of the Clerk
55 Pleasant St.
Room 110
Concord, N.H. 03301