5739

FILED - USDC -NH
2022 JUL 6 PM 1:17

UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Josephine Amatucci

v.

Town of Wolfeboro, et al

RESPONSE TO JUDGE'S ORDER OF 6/21/2022

UNDER CASE NO. 1:20-CV-00449-JL

JUDGE ASKING FOR AN APPROPRIATE CASE

1.      In order for the Court to file the Plaintiff's claims in the appropriate case, please find attached the Plaintiff's motion applied to each and every docket number that has been applied to this case by the courts, for the judge to apply her motion to the correct case with the correct docket number.

2.      And for the judge to proceed to allow summary judgment, a judgment as a matter of law, for the case to move forward to a jury trial of her peers, for DAMAGES only, as allowed under the Fourth Amendment of the Federal Constitution, under the law of the land, for a Malicious Prosecution without probable cause, by the defendants, against the Plaintiff, WITHOUT PROBABLE CAUSE. and For a warrant that was based on Perjury. Etc.0

1

Respectfully,

Josephine Amatucci

July 5, 2022

c. Town, Belnap Sheriff's Dept.

*Josephine Amatucci*